■ In the Matter of STANLEY COHEN, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur —Markewich, J. P., Kupferman, Murphy, Capozzoli and Lane, JJ.

■ In the Matter of PATRICK J. CUNNINGHAM, Appellant, v MAURICE H. NADJARI, as Deputy Attorney-General of the State of New York, Respondent. In the Matter of JERRY L. CRISPINO, Appellant, v MAURICE H. NADJARI, as Deputy Attorney-General of the State of New York, Respondent. In the Matter of GERALD V. ESPOSITO, Appellant, v MAURICE H. NADJARI, as Deputy Attorney-General of the State of New York, Respondent. In the Matter of PAUL VICTOR, Appellant, v MAURICE H. NADJARI, as Deputy Attorney-General of the State of New York, Respondent.—Four orders, Extraordinary Term, Supreme Court, New York County, each entered February 23, 1976, unanimously affirmed, without costs and without disbursements. The grounds urged by the four petitioners as a basis for quashing subpoenas to appear before the Extraordinary Grand Jury have been advanced prematurely. Leave is granted to appeal to the Court of Appeals. Concur—Markewich, J. P., Lupiano, Birns, Capozzoli and Lane, JJ.

## (March 18, 1976)

■ ITI CORPORATION, Respondent, v MAURICE J. COHN et al., Appellants. —Order, Supreme Court, New York County, entered on January 5, 1976, unanimously affirmed for the reasons stated at Special Term. Respondent shall recover of appellants $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ In the Matter of GROUP HEALTH INCORPORATED, Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 22, 1975, unanimously affirmed on the opinion of Starke, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Capozzoli, Lane and Nunez, JJ.